UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Number: |
| v. | Count One:  18 U.S.C. § 1001(a)(2) |
| NYDIA PEREZ | (Making a Materially False Representation) |
| Defendant. | |

## INFORMATION

The United States of America charges that

### Count One

On or about December 17, 2013, in an offense begun and committed outside the jurisdiction of any particular State or district of the United States, the defendant, NYDIA PEREZ, did knowingly and willfully make statements and representations that she knew to be materially false, in a matter within the jurisdiction of the executive branch of the United States government; that is, defendant PEREZ misled the FBI as to her knowledge of a kidnapping threat against United States citizens, when, as defendant PEREZ knew, she and co-defendant JOHN SOTO had designed and executed the kidnapping threat.

All in violation of Title 18, United States Code, Sections 1001(a)(2).

Respectfully submitted,

JACK SMITH
Chief
Public Integrity Section

By: _____
Justin D. Weitz
Trial Attorney
Public Integrity Section
1400 New York Ave. NW
Washington, DC  20005
(202) 514-1412